JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEODOR ATANUSPOUR,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RELIANCE STANDARD LIFE INSURANCE COMPANY,<br><br>　　　　Defendant. | CV 21-6644 PA (AFMx)<br><br>JUDGMENT |

　　　　Pursuant to the Court's Findings of Fact and Conclusions of Law issued on July 15, 2022,

　　　　IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant Reliance Standard Life Insurance Company ("Defendant") shall have Judgment in its favor and against Plaintiff Theodor Atanuspour ("Plaintiff") on his claim for long-term disability benefits.

　　　　IT IS SO ORDERED.

DATED: July 15, 2022

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Percy Anderson
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE